AUTO RENTAL, INC., Plaintiff–
Respondent,

v.

Aletrice HERRON, Defendant–Appellant.

No. 62497.

Missouri Court of Appeals,
Eastern District,
Division One.

July 27, 1993.

Forriss D. Elliott, P.C., Steven Lewis, St. Louis, for defendant-appellant.

Joseph P. Sommer & Associates, P.C., Anne B. Schmidt, St. Louis, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant, Aletrice Herron, appeals from a judgment entered in favor of plaintiff, Auto Rental Inc., d/b/a National Car Rental, in the amount of $7,651.62 in a court-tried action for damages under an automobile rental contract.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.-16(b).

Claudine DODDS, Appellant,

v.

GENERAL MOTORS, Respondent.

No. 62896.

Missouri Court of Appeals,
Eastern District,
Division One.

July 27, 1993.

David M. Nissenholtz, St. Louis, for appellant.

Daniel J. Harlan, St. Louis, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Claimant sought workers' compensation for injuries sustained on three separate dates: (1) lower back injuries on May 29, 1987; (2) right arm, right shoulder and neck injuries on June 26, 1987; and (3) left ankle and foot injuries on January 9, 1988.

The Commission denied compensation for her lower back injuries because Claimant failed to prove any additional permanent partial disability. It denied compensation for her arm, shoulder and neck injuries because of insufficient medical evidence regarding the extent of prior existing disability. It denied compensation for the ankle and foot injuries for lack of proof of direct medical causation.

The order of the Commission is supported by competent and substantial evidence on the whole record. No error of law appears. An extended opinion would have no precedential value.

Judgments affirmed in accordance with Rule 84.16(b). A memorandum has been provided to the parties for their use only.